IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CONTINENTAL PACIFIC, LLC,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>       vs.                         )<br>                                   )<br>VANCE PHILLIP DUBUCLET;            )<br>PORTFOLIO RECOVERY                 )<br>ASSOCIATES LLC, a Delaware         )<br>limited liability company; DOE    )<br>DEFENDANTS 1-10; BYVW              )<br>EXCHANGE SERVICES, LLC;            )<br>FIRST AMERICAN TITLE               )<br>GUARANTEE CO. (FATCO);             )<br>HAWAII ELECTRIC LIGHT CO.          )<br>(HELCO); HENRY CORREA, JR.         )<br>("Hank"); and PETER K. KUBOTA,    )<br>                                   )<br>            Defendants.            ) | Civ. No. 22-00102 HG-KJM |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION
TO GRANT IN PART AND DENY IN PART PLAINTIFF'S
MOTION FOR ATTORNEYS' FEES AND COSTS (ECF No. 40)**

The Magistrate Judge's Findings and Recommendation (ECF No. 40) having been filed and served on all appearing Parties on July 15, 2022, and no objections having been filed by any Party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Attorneys' Fees and Costs" (ECF No. 40) are adopted as the Opinion and Order of this Court, with the following modifications:

Page 4, Lines 7 through 9, remove "a court may award costs

1

and attorney's fees" and replace with "courts may award attorney's fees";

Page 4, Lines 11 through 12, remove the internal quotation marks surrounding the sentence fragment beginning with "solely because" and ending with "remand is granted";

Page 8, Line 5, insert "*Fin.*" between "*Assocs.*" and "*Servs.*";

Page 11, Line 17, remove the word "the" between "reasonableness of" and "hours requested";

Page 13, Line 18, remove "*Moreno*, 534 F.3d at 1112" and replace with "*Moreno v. City of Sacramento*, 534 F.3d 1106, 1112 (9th Cir. 2008)";

Page 15, Line 12, remove "record" and replace with "request";

Page 17, Footer, insert "Grant in Part and Deny in Part" between "Recommendation to" and "Plaintiff's Motion".

IT IS SO ORDERED.

DATED: August 11, 2022, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

Continental Pacific, LLC v. Dubuclet, et al., 22-cv-00102 HG-KJM, **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS (ECF No. 40)**