IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CONTINENTAL PACIFIC, LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>VANCE PHILLIP DUBUCLET;<br>PORTFOLIO RECOVERY<br>ASSOCIATES LLC, a Delaware<br>limited liability company; DOE<br>DEFENDANTS 1-10; BYVW<br>EXCHANGE SERVICES, LLC;<br>FIRST AMERICAN TITLE<br>GUARANTEE CO. (FATCO);<br>HAWAII ELECTRIC LIGHT CO.<br>(HELCO); HENRY CORREA, JR.<br>("Hank"); and PETER K. KUBOTA,<br><br>            Defendants. | Civ. No. 22-00102 HG-KJM |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION
TO GRANT IN PART AND DENY IN PART
PLAINTIFF CONTINENTAL PACIFIC, LLC'S BILL OF COSTS (ECF No. 41)**

The Magistrate Judge's Findings and Recommendation (ECF No. 41) having been filed and served on all appearing Parties on July 15, 2022, and no objections having been filed by any Party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff Continental Pacific, LLC's Bill of Costs" (ECF No. 41) are adopted as the Opinion and Order of this Court, with the following modification:

//

Page 4, Line 8, replace "Local Rule 54.2" with "Local Rule 54.1".

IT IS SO ORDERED.

DATED: August 11, 2022, Honolulu, Hawaii.

*/s/ Helen Gillmor*
Helen Gillmor
United States District Judge

Continental Pacific, LLC v. Dubuclet, et al., 22-cv-00102 HG-KJM, **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF CONTINENTAL PACIFIC, LLC'S BILL OF COSTS (ECF No. 41)**